IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JP MORGAN CHASE BANK, NA.,
SERVICER FOR WELLS FARGO BANK,
N.A.,AS TRUSTEE FOR STRUCTURED
ASSET SECURITIES CORPORATION,
MORTGAGE PASS-THROUGH
CERTIFICATES. SERIES 2005-NC2,;
SELECT PORTFOLIO SERVICING, INC.,
SERVICER OF US BANK NATIONAL
ASSOCIATION, AS TRUSTEE, ON
BEHALF OF THE HOLDERS OF THE
ASSET BACKED PASS-THROUGH
CERTIFICATES, SERIES NC 2005-HE4                             PLAINTIFFS

vs.                                                          CAUSE NO.: 1:15-cv-40-SA-DAS

ERIC HALLBERG AND
CAPPE HALLBERG                                               DEFENDANTS

ORDER ON SUMMARY JUDGMENT

Pursuant to a Memorandum Opinion issued this day, the Motion for Summary Judgment [23] is DENIED, and Defendants' Motion to Strike [35] is GRANTED.

SO ORDERED, this the 5th day of August, 2016.

               /s/ Sharion Aycock
               **U.S. DISTRICT JUDGE**